No. 257. MISSOURI *v.* HOMESTEADERS LIFE ASSN. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James P. Aylward, Jerome Walsh,* and *John M. Wheeler* for petitioner. *Messrs. John B. Gage, David A. Murphy, John T. Harding, J. Francis O'Sullivan,* and *John T. Barker* for respondent. 

No. 263. BANKERS TRUST CO. ET AL. *v.* WISE ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph M. Hartfield, Jesse E. Waïd, Frank H. Towner,* and *Henry J. Brock* for petitioners. *Mr. Louis L. Dent* for respondents.

No. 264. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ralph H. Case, Kingman Brewster, J. S. Y. Ivins,* and *C. C. Calhoun* for petitioner. *Solicitor General Reed* and *Messrs. Charles E. Collett, George T. Stormont,* and *Oscar A. Provost* for the United States. 

No. 265. SCHUMACHER, SHERIFF, *v.* BEELER, TRUSTEE IN BANKRUPTCY. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Coleman Avery, Paul A. Baden, John W. Peck,* and *Harry N. Routzohn* for petitioner. *Messrs. Province M. Pogue* and *Henry B. Street* for respondent. 

No. 266. WILLIS *v.* BEELER, TRUSTEE IN BANKRUPTCY. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.